**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, Plaintiff–Appellee,**

v.

**AMERIJET INTERNATIONAL, INC., Defendant–Appellant.**

**No. 15-15145**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 09/19/2016

---

Noah Scott Warman, Howard S. Susskind, Dustin L. Watkins, Sugarman & Susskind, PA, CORAL GABLES, FL, for Plaintiff–Appellee.

Joan M. Canny, Amerijet International, Inc., FORT LAUDERDALE, FL, for Defendant–Appellant.

Before HULL, MARTIN, and BALDOCK,* Circuit Judges.

PER CURIAM:

After review and oral argument, we affirm the district court's order dated August 31, 2015, for the reasons outlined in that order and this Court's prior decision in this case dated March 23, 2015 (Case No. 14–12237).[1]

**AFFIRMED.**

---

* Honorable Bobby R. Baldock, United States Circuit Judge for the Tenth Circuit, sitting by designation.

1. Plaintiff–Appellee's Rule 38 Motion for Sanctions, filed on February 10, 2016, is denied.